UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| HILLARY WALLS, | CASE NO. C09-5292RBL/JRC |
| --- | --- |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| KEN QUINN, *et al*. | |
| Defendants. | |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff is not currently in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation..

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 6th day July, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1