UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>                      Plaintiff,<br>   v.<br><br>KEN QUINN, *et al*.<br><br>                    Defendants. | CASE NO. C09-5292RBL/JRC<br><br>ORDER TO PROVIDE SERVICE COPIES AND MARSHALS' FORMS |

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted *in forma pauperis* status. The filing system does not indicate plaintiff provided service copies of the complaint or filled out United States Marshal's service forms. There are thirteen named defendants in this action. The court will need fourteen copies of the complaint and 13 filled out Marshal's service forms before it orders service be attempted by mail.

ORDER - 1

Plaintiff is ordered to provide the documents listed above on or before **July 30, 2009**, or the court will recommend this action be dismissed for failure to provide service documents, failure to prosecute, and failure to follow a court order.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 6th day of July, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge