UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>                Plaintiff,<br><br>      v.<br><br>KEN QUINN *et al.*,<br><br>                Defendants. | CASE NO. C09-5292 RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDAITON |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims and causes of action are dismissed. The claims raised were settled in other litigation and are subject to claim preclusion.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 4th day of December, 2009.

                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE