AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HILLARY WALLS | JUDGMENT IN A CIVIL CASE |
| v. | |
| KEN QUINN, et al., | CASE NUMBER: C09-5292RBL/JRC |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's claims and causes of action are dismissed. The claims raised were settled in other litigation and are subject to claim preclusion.


| December 7, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | By, Deputy Clerk |